Before ALOK AHUJA, P.J., JAMES M. SMART, JR., and LISA WHITE HARDWICK, JJ.

### Order

PER CURIAM:

Damon Phipps appeals the denial of his Rule 24.035 motion after an evidentiary hearing. We affirm. Rule 84.16(b).

ministrative suspension pursuant to Section 302.505, RSMo Cum.Supp.2008. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).

**Jeffery Luke MOAD, Respondent,**

v.

**DIRECTOR, MISSOURI DEPARTMENT OF REVENUE, Appellant.**

**No. WD 70200.**

Missouri Court of Appeals, Western District.

Oct. 27, 2009.

James A. Chenault, III, Esq., Jefferson City, MO, for appellant.

Douglas W. Hennon, Esq., Jefferson City, MO, for respondent.

Before: DIVISION ONE: ALOK AHUJA, Presiding Judge, JAMES M. SMART and LISA WHITE HARDWICK, Judges.

### Order

PER CURIAM.

The Director of Revenue appeals a circuit court judgment reinstating Jeffrey Moad's driver's license, following an ad-